**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Richard David Grice, Jr.    JOINT DEBTOR: _____    CASE NO.: _____
Last Four Digits of SS# 9227    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.    $  1785.00   for months   1   to   37  ;
  B.    $  2500.00   for months   38  to   60  ;
  C.    $_____  for months  ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3500.00   TOTAL PAID $  2000.00
Balance Due $ 1500.00     payable $  300.00  /month (Months  1  to  5 )

Secured Creditors:    [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Chase Mortgage                Arrearage on Petition Date    $ 17,000.00
Address: POB 24696              Arrears Payment $    171.73  /month (Months  1  to   5  )
  Columbus OH 43224             Arrears Payment $    268.48  /month (Months  6  to  37  )
Account No:   8704              Arrears Payment $    328.27  /month (Months  38 to  60  )
                                Regular Payment $   762.00  /month (Months  1  to  60  )

2. Canalakes HOA Inc            Arrearage on Petition Date    $  1500.00
Address: c/o Milberg Klein PL   Arrears Payment $     25.00  /month (Months  1  to  60  )
  5550 Glades Rd, Ste 500       Regular Payment $    289.00  /month (Months  1  to  60  )
  Boca Raton, FL 33431
Account No:   n/a

3.   Santander Consumer USA      Arrearage on Petition Date    $6071.40 (Payoff: $4549.00 at 12% interest per annum)
Address: POB 961245             Arrears Payment $     75.00  /month (Months  1  to   5  )
  Ft Worth TX 76161             Arrears Payment $    103.58  /month (Months  6  to  60  )
Account No:   1000

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | _____ To |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service     Total Due $   8000.30
Payable         $ 145.46  /month (Months 6  to   60 )

Unsecured Creditors:    Pay $ 29.21 /month (Months  6  to  37 ), $ 619.42 /month (Months 38 to  60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: 2015 and subsequent years property taxes are escrowed with the mortgage.  The Debtor will pay TD Auto Finance (#8335) directly outside the Chapter 13 plan. The auto loan with TD Auto Finance (#8335) is satisfied at month 37 and the plan is stepped accordingly.    Debtor assumes the leases with Aarons Sales & Lease (#3687) and Conns Credit Corp (#5231) for the personal property described as a Washer/Dryer and TV, respectively, as executory contracts under the terms and conditions as stated in the leases. Any claims of the IRS allowed as either a general unsecured or as a priority claim under 11 USC §507(a)(8) shall be deemed paid in full upon completion of the confirmed Plan or upon full payment of a priority claim. No claim of the IRS shall be subject to exception from discharge under 11 USC §523(a)(1) should Debtor receive a discharge under 11 USC §1328(a).

LF-31 (rev. 01/08/10)
Page 1 of 2

Richard David Grice, Jr.
Case No:
Page 2 of 2

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ Richard David Grice, Jr. | |
|---|---|
| Debtor | Joint Debtor |
| Date:  06/15/2015 | Date: |

LF-31 (rev. 01/08/10)